# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re    CLAUDIA JOAN APPERSON _____          Case No. 08-34874\DOT
         Debtor                                        Chapter 13

## Notice of Mortgage Payment Change

If you filed a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1

**Name of Creditor:** GMAC MORTGAGE, LLC                    **Court Claim No.** (if known):  1

**Last four digits** of any number
you use to identify the debtor's          2031              **Date of Payment Change:**
account:
                                                            Must be at least 21 days after date of    04/01/2012
                                                            this notice.

                                                            **New total payment:**
                                                            Principal, interest, and escrow, if any    $1,164.73

## Part 1:  Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

    Current escrow payment: $114.04            New escrow payment: $237.80

## Part 2:  Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a statement is not attached, explain why:_____

    Current interest rate: _____ %          New interest rate: _____ %

    Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:  Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No.
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment: $ _____          New mortgage payment: $ _____

## Part 4:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and
telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.      ☒ I am the creditor's authorized agent.
                         (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information,
and reasonable belief.

**x** _(signature)_                                     Date: March 6, 2012
   Signature

**Print:**     Trenita Jackson Stewart                        Title  Attorney
              First Name      Middle Name      Last Name

Company      Shapiro Brown & Alt, LLP

Address      236 Clearfield Avenue, Suite 215
             Number      Street

             Virginia Beach, Virginia 23462
             City                    State    ZIP Code

Contact phone   (757) 687-8777                          Email _____

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _3/6/12_

Chapter 13 Trustee:  CARL M. BATES

Trustee Address:  P.O. BOX 1819, RICHMOND, VA 23218

Trustee Email:  cmbates@richchap13.com

Debtor's Counsel Name:  RICHARD J. OULTON

Debtor's Counsel Address:  P.O. Box 5928, Glen Allen, VA 23058

Debtor Name:  CLAUDIA APPERSON

Debtor's Mailing Address:  6150 LAFRANCE ROAD, Sandston, VA 23150

Trenita Jackson Stewart, Esquire
VSB #48412
Law Offices of Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
(757) 687-8777

REPRESENTATION OF PRINTED DOCUMENT

## GMAC Mortgage

3451 Hammond Ave
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

**ESCROW ANALYSIS STATEMENT**

ACCOUNT NUMBER:

PROPERTY ADDRESS:
6150 LA FRANCE ROAD
SANDSTON VA 23150

ANALYSIS DATE: FEBRUARY 28, 2012

CLAUDIA J APPERSON
6150 LA FRANCE RD
SANDSTON VA  23150-6201

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | JUNE 2012 | 684.26 | 684.26 |
| FIRE | NOVEMBER 2012 | 736.00 | 0.00 |
| COUNTY | DECEMBER 2012 | 684.26 | 684.26 |
| | TOTAL ANNUAL DISBURSEMENTS: | 2,104.52 | 1,368.52 |
| | TOTAL ESCROW PAYMENT: | 175.37 | 114.04 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $749.18, your new total payment will automatically be adjusted to $1,102.30 effective with your APRIL 01, 2012 payment. If you do not pay the shortage, your total payment effective APRIL 01, 2012 will be $1,164.73.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 175.37 | 114.04 |
| Surplus/Shortage | 62.43 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 237.80 | 114.04 |
| Principal/Interest | 926.93 | 926.93 |
| Total Payment | 1,164.73 | 1,040.97 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.**
**To reach our insurance department call: 1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**

## GMAC Mortgage

**THIS IS NOT A CHECK**
NOTE   you must use this address when remitting your escrow shortage payment

CLAUDIA J APPERSON

| Account Number | Shortage Amount |
|---|---|
| | 749.18 |

| Total Amount Enclosed  $ |
|---|

If you pay the escrow shortage amount of $749.18, your new payment will be automatically adjusted to $1,102.30 effective with your APRIL 01, 2012 payment.

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ  85062 9162

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C16388

Section 2:
REPRESENTATION OF PRINTED DOCUMENT



ANALYSIS TYPE: 1/6 AGGREGATE
PROJECTED ESCROW BALANCE AS OF: MARCH 31, 2012

ACCOUNT NUMBER:
127.75 *

*   Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and
    disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 127.75 | 876.93 |
| 04/01/12 | 175.37 | .00 | 303.12 | 1,052.30 |
| 05/01/12 | 175.37 | .00 | 478.49 | 1,227.67 |
| 06/01/12 | 175.37 | 684.26- | 30.40- | 718.78 |
| 07/01/12 | 175.37 | .00 | 144.97 | 894.15 |
| 08/01/12 | 175.37 | .00 | 320.34 | 1,069.52 |
| 09/01/12 | 175.37 | .00 | 495.71 | 1,244.89 |
| 10/01/12 | 175.37 | .00 | 671.08 | 1,420.26 |
| 11/01/12 | 175.37 | 736.00- | 110.45 | 859.63 |
| 12/01/12 | 175.37 | 684.26- | 398.44- | 350.74  L |
| 01/01/13 | 175.37 | .00 | 223.07- | 526.11 |
| 02/01/13 | 175.37 | .00 | 47.70- | 701.48 |
| 03/01/13 | 175.37 | .00 | 127.67 | 876.85 |

| Current Escrow Balance: | 1,594.54- | | |
|---|---|---|---|
| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 01/11 | 115.71 | | |
| 02/11 | 115.71 | | |
| 03/11 | 1,490.87 * | | |

*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
                                    -398.44

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
                                    350.74

Section 3:  ➡   | SHORTAGE | 749.18 |

ESCROW ACCOUNT ACTIVITY (OCTOBER 01, 2011 - MARCH 31, 2012)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 07/01/11 | PAYMENT | 115.71 | 357.13 | | .00 | 761.74- |
| 08/01/11 | PAYMENT | 115.71 | 472.84 | PAYMENT | 115.71 | 646.03- |
| 09/01/11 | PAYMENT | 115.71 | 588.55 | | .00 | 646.03- |
| BEGINNING BALANCE | | | 570.24 | | | 646.03- |
| 10/01/11 | PAYMENT | 114.04 | 684.28 | | .00 | 646.03- |
| 11/01/11 | PAYMENT | 114.04 | 798.32 | TAX | 684.26- | 1,330.29- |
| 12/01/11 | PAYMENT | 114.04 | 228.10 | | .00 | 1,330.29- |
| 12/01/11 | TAX | 684.26- | 228.10 | | | 1,330.29- |
| 01/01/12 | PAYMENT | 114.04 | 342.14 | PAYMENT | 115.71 | 1,214.58- |
| 02/01/12 | PAYMENT | 114.04 | 456.18 | PAYMENT | 115.71 | 1,594.54- |
| 02/01/12 | | .00 | 456.18 | FIRE | 495.67- | 1,594.54- |
| 03/01/12 | PAYMENT | 114.04 | 570.22 | | .00 | 1,594.54- |